UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WALDECIR VIANA,,
        Plaintiff,

v.                                              CIVIL ACTION NO.
                                               11-10390-MBB

AURORA LOAN SERVICES, AND
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, AS NOMINEE,
        Defendants.

## FINAL JUDGMENT

### MAY 10, 2011

**BOWLER, U.S.M.J.**

    In accordance with the Voluntary Dismissal filed by the plaintiff, it is **ORDERED** that this action is hereby **DISMISSED** without prejudice.

                                                    /s/ Marianne B. Bowler
                                                    **MARIANNE B. BOWLER**
                                                    United States Magistrate Judge